SCPW-20-0000433

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MARSHALL MARTINEZ, Petitioner,

vs.

M. FRINK, Warden, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 2PC000007716(1))

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Johnson, assigned by reason of vacancy)

Upon consideration of petitioner Marshall Martinez's petition for writ of habeas corpus, filed on June 29, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief. See Oili v. Chang, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawai'i, July 13, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Ronald G. Johnson